IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA ROBERTSHAW | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GARY F. PUDLES, et al. | : | NO. 11-7353 |

ORDER

AND NOW, this 11th day of February, 2013, upon consideration of Plaintiff's Motion to Compel (Doc. 101) and Respondent's Response thereto (Doc. 105) , it is hereby **ORDERED** that Plaintiff's motion is **GRANTED** but limited in scope to only those documents provided to $G^3$ by Answernet from January 1, 2011 through the present.

BY THE COURT:

 /s/ L. Felipe Restrepo
L. Felipe Restrepo
United States Magistrate Judge