IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA ROBERTSHAW | : | CIVIL ACTION |
| | : | NO.  11-7353 |
| v. | : | |
| | : | |
| GARY PUDLES, et al. | : | |

## **ORDER**

AND NOW this 20th day of March, 2013, it is ORDERED that Pudles's motion to dismiss the amended complaint (Dkt. No. 95) is DENIED.

It is further ORDERED that Answernet's motion to dismiss the amended complaint (Dkt. No. 94) is DENIED.

It is further ORDERED that Babjak's motion to dismiss the amended complaint (Dkt. No. 104) is GRANTED IN PART AND DENIED IN PART as follows: Robertshaw's negligence claim against Babjak is DISMISSED WITH PREJUDICE; Bajak's motion is DENIED as to the fraud and breach of fiduciary duty claims against her.

On or before March 27, 2013 counsel and Mr. Pudles should notify the Court by letter the estimated length of the trial of this case and their trial attachments, if any, for the next three months.  The Court will attempt to set a trial date for this matter as soon as practicable.

If the parties believe a settlement conference would be productive they should contact my deputy Mr. Charles Ervin (267-299-7559) promptly.

　　　　　　　　　　　　　　　　　　　　　　__/s/ *Thomas N. O'Neill* _____
　　　　　　　　　　　　　　　　　　　　　　THOMAS N. O'NEILL, JR., J.