IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA ROBERTSHAW | : | CIVIL ACTION |
| | : | NO. 11-7353 |
| v. | : | |
| | : | |
| GARY PUDLES, et al. | : | |

## ORDER

AND NOW, this 6th day of May, 2014, upon consideration of the motion of AnswerNet, Inc. and Gary Pudles pursuant to Rules 52(b) and 59 of the Federal Rules of Civil Procedure (Dkt. No. 192), plaintiff Barbara Robertshaw's response (Dkt. No. 194), defendants' reply (Dkt. No. 195), oral argument on the motion, defendants' supplemental brief in support of their motion (Dkt. No. 209) and plaintiff's reply (Dkt. No. 210), and consistent with the accompanying memorandum of law, it is ORDERED that defendants' motion is GRANTED IN PART and DENIED IN PART as follows:

1. Defendants' motion is GRANTED to the extent that it seeks to amend the Court's August 5, 2013 Order with respect to the following declaration contained therein: "Gary Pudles does not possess the 3,959.3 shares of Answernet, Inc., that Gary Pudles and Betty Babjak claimed Pudles received as an alleged assignment and exercise of the Michael Pudles warrants." See Dkt. No. 176 at ECF p. 2. The Court's prior judgment is amended to strike the foregoing declaration.

2. Defendants' motion is DENIED in all other respects.

It is FURTHER ORDERED that, because my ruling on defendants' motion leaves intact my other prior declarations, including that "the total of shares of Answernet, Inc., held by Barbara Robertshaw and Executel, Inc., constitute a majority of the issued and outstanding

shares of [Answernet]," id., the stay entered on August 19, 2013 (Dkt. No. 183) is LIFTED and plaintiff's motion to lift the stay order (Dkt. No. 214) is DENIED as moot.

                                                                                                      *s/Thomas N. O'Neill, Jr.*
                                                                                                     THOMAS N. O'NEILL, JR., J.