IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA ROBERTSHAW | : | CIVIL ACTION |
|  | : | NO. 11-7353 |
| v. | : |  |
|  | : |  |
| GARY PUDLES, et al. | : |  |

## ORDER

AND NOW this 6th day of May, 2014 upon consideration of Cerida Investment Corporation's motion to intervene, Dkt. No. 180, plaintiff Barbara Robertshaw's response thereto, Dkt. No. 190, Cerida's reply, Dkt. No. 191, Cerida's supplemental brief, Dkt. No. 208, and Robertshaw's reply to Cerida's supplemental brief, Dkt. No. 211, and consistent with the accompanying memorandum of law, it is ORDERED that Cerida's motion to intervene is DENIED.

       *s/Thomas N. O'Neill, Jr.*
       THOMAS N. O'NEILL, JR., J.