IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA ROBERTSHAW | : | CIVIL ACTION |
|  | : | NO. 11-7353 |
| v. | : |  |
|  | : |  |
| GARY PUDLES, et al. | : |  |

## **ORDER**

AND NOW, this 15 day of May, 2014, upon consideration of an emergency motion for a stay pending appeal by defendants Answernet, Inc. and Gary Pudles (Dkt. No. 221), non-party Cerida Investment Corporation's emergency motion for a stay pending appeal (Dkt. No. 224), and plaintiff's responses thereto (Dkt. Nos. 227 and 228), and after oral argument it is ORDERED that the motions are GRANTED and plaintiff shall take no further actions that are permitted by the Court's Orders dated August 5, 2014 (Dkt. No. 176) and May 6, 2014 (Dkt No. 216) pending disposition of defendants' and Cerida's appeals to the United States Court of Appeals for the Third Circuit.

                                                     *s/Thomas N. O'Neill, Jr.*
                                                  THOMAS N. O'NEILL, JR., J.