IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA ROBERTSHAW | : | CIVIL ACTION |
| | : | NO. 11-7353 |
| v. | : | |
| | : | |
| GARY PUDLES, et al. | : | |

## ORDER

AND NOW, this 6th day of June, 2014, upon consideration of a motion by defendants Answernet, Inc. and Gary Pudles to hold plaintiff Barbara Robertshaw in contempt of court for her alleged failure to comply with the Court's Order of May 15, 2014 (Dkt. No. 240) and plaintiff's response and counter-motion seeking to clarify and revise the May 15 stay Order (Dkt. No. 241), it is ORDERED that the motions are DENIED.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.